```
                    UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF INDIANA
                         INDIANAPOLIS DIVISION

IN RE:
ROBERT EUGENE VANCLEVE II & KATHLEEN MARY VANCLEVE    CASE NO. 08-07764  AJM -13
8560 N SPRINGVIEW DR
                                                      SS#1 - XXX-XX-2946
MC CORDSVILLE IN              46055                   SS#2 - XXX-XX-0944

DEBTOR.
                       FINAL REPORT AND ACCOUNTING;
                         RULE 5009  CERTIFICATION

This Case was                 The Plan was               The Case was
commenced on  Jun 30, 2008 confirmed on               concluded on Jan 16, 2009
```

THE CASE STATUS IS: CONVERTED BEFORE CONFIRMATION

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records are evidenced by various records and cancelled checks maintained in numerical sequence and stored as authorized by this court. The trustee further certifies that he has made final distributions, a zero balance in accounts maintained by the trustee in this case has been verified, any unclaimed funds have been deposited with the clerk, and the estate has been fully administered as follows:

```
TOTAL RECEIPTS                                                      1,263.00
Less refunds to debtor                                   361.00

Administrative fees:
     Clerk of Bankruptcy Court                              .00
     Debtor's Attorney Fee                               900.00
     Trustee Expense                                        .00
     Other Costs                                           2.00

TOTAL ADMINISTRATIVE FEES                                             902.00

------------------------------------------------------------------------------
DISBURSEMENTS TO CREDITORS               CLASS            TRUSTEE
         CREDITOR'S NAME                               DISBURSEMENTS
------------------------------------------------------------------------------
                                        REFUND              361.00
Total Paid to Creditors:                                              361.00


Total Trustee Disbursements:                                        1,263.00
```

WHEREFORE, your Trustee prays that a Final Decree be entered discharging him as Trustee and releasing him and his surety from any and all liability on account of the above referenced proceedings, and closing the estate, and for such other and further relief as is proper in the premises..

```
Dated:03/30/09                      /s/ Robert A. Brothers
                                    _____
                                    Robert A. Brothers, Trustee
                                    151 N. Delaware St., Ste. 1400
                                    Indianapolis, IN  46237
                                    (317) 636-1062
```

Distribution: Chapter 13 Trustee
              U.S. Trustee