UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| VanCLEVE, ROBERT EUGENE, | )     CASE NO. 08-07764-FJO-7 |
| VanCLEVE, KATHLEEN MARY, | ) |
| | ) |
| Debtor(s). | |

### TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIM(S) AND NOTICE OF RESPONSE DEADLINE

Michael J. Hebenstreit, Trustee, files this first Omnibus Objection to Claims, pursuant to Fed.R.Bankr.P. 3007(d). **Claimants receiving the objection should locate their names and claims on the attached chart.**

**PLEASE TAKE NOTICE THAT** any response must be filed with the Bankruptcy Clerk within **30 days** of the date of this Notice [or such other time period as may be permitted by Fed.R.Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any response by U.S. Mail, courier, overnight/express mail, or in person at:

116 U.S. Courthouse, 46 E. Ohio Street, PO Box 44978, Indianapolis, IN 46244

The responding party must ensure deliver of the response to the party filing the objection. **If a response is NOT timely filed, the requested relief may be granted.** If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

Wherefore, the Trustee moves the Court for an order disallowing all claims listed on the attached chart.

/s/ Michael J. Hebenstreit, Trustee
151 N. Delaware Street, Suite 2000
Indianapolis, IN 46204
Phone: 317-638-5555
FAX: 317-638-5533
mjh@whzlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following via U.S. Mail, First Class, postage pre-paid or via electronic transmission, on April 10, 2013:

**Office of the U.S. Trustee**
ustpregion10.in.ecf.@usdoj.gov

Debtors

Debtor's counsel

Chase Bank USA, NA
PO Box 100018
Kennesaw, GA 30156-9104

eCast Settlement Corporation
Bass & Associates, PC
3936 E. Ft. Lowell Road
Suite  200
Tuscon, AZ 85712

Beneficial Indiana
d/b/a Beneficial Mortgage
636 Grand Regency Blvd
Brandon, FL 33510

Bradburn Law Office
819 E. 64th Street, # 101
Indianapolis, IN 46220

Chase Home Finance,LLC
3415 Vision Drive
Columbus, OH 43219

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Seals Ambulance Service
PO Box 175
Fortville, IN 46040

Toyota Motor Credit Corp.
5005 N. River Road NE
Cedar Rapids, IA 52411-6634

/s/ Michael J. Hebenstreit,
Attorney # 7623-49
Chapter 7  Trustee
151 North Delaware Street, Suite 2000
Indianapolis, IN 46204
[317] 638-5555  Fax No: [317] 638-5533
mjh@whzlaw.com

| Claimant[1] | Claim # | Grounds for Objection[2] | Proposed Treatment |
|---|---|---|---|
| Bradburn Law Office<br>819 E. 64th Street, # 101<br>Indianapolis, IN 46220 | 32 | Paid $900 in Chapter 13 Plan | Disallow $900 as paid in prior Ch 13 Plan; Allow $900 balance as priority |
| Beneficial Indiana<br>d/b/a Beneficial Mortgage<br>636 Grand Regency Blvd<br>Brandon, FL 33510 | 21 | Secured | Disallow as pursuant to FRBP 3007(d)(5) |
| Chase Bank USA, NA<br>PO Box 100018<br>Kennesaw, GA 30156-9104 | 8 | Partially Secured | Disallow $827.21 as pursuant to FRBP 3007(d)(5); allow $1,694.38 as unsecured |
| Chase Home Finance, LLC<br>3415 Vision Drive<br>Columbus, OH 43219 | 26 | Secured | Disallow as pursuant to FRBP 3007(d)(5) |
| eCast Settlement Corporation<br>Bass & Associates, PC<br>3936 E. Ft. Lowell Road # 200<br>Tuscon, AZ 85712 | 34 | Partially Secured | Disallow $1,182.99 as pursuant to FRBP 3007(d)(5); allow $429.99 as unsecured |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 30 | Duplicate Claim (#5) | Disallow as pursuant to FRBP 3007(d)(3) |
| Seals Ambulance Service<br>PO Box 175<br>Fortville, IN 46040 | 35 | Duplicate Claim (#3) | Disallow as pursuant to FRBP 3007(d)(3) |
| Toyota Motor Credit Corp.<br>5005 N. River Road NE<br>Cedar Rapids, IA 52411-6634 | 15<br>19 | Secured<br>Secured | Disallow as pursuant to FRBP 3007(d)(5) |
|  |  |  |  |

---

[1] Claimants should be listed alphabetically.  **The Clerk's system alphabetizes individuals by first name, and that is the preferred method.**

[2] It is permissible to use a coding system as to the grounds for objection and the proposed treatment.  However, that system should be clearly explained in this document.