SO ORDERED: May 14, 2013.

_____
**Frank J. Otte**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

IN RE: )
VanCLEVE, ROBERT EUGENE, ) CASE NO. 08-07764-FJO-7
VanCLEVE, KATHLEEN MARY, )
)
Debtor(s).

### ORDER ON TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS

The Trustee's First Omnibus Objection to Claims comes before the Court after notice. As to the claims on the list attached to Trustee's Objection, either no response to the objection was filed or any response has been resolved informally or the claim to which the Trustee objected has been withdrawn. Accordingly, the Court now ORDERS that the claims to which the Trustee objected shall be treated as described in the list attached hereto.

###

| Claimant[1] | Claim # | Proposed Treatment |
|---|---|---|
| Bradburn Law Office<br>819 E. 64th Street, # 101<br>Indianapolis, IN 46220 | 32 | Disallow $900; Allow $900 balance as priority |
| Beneficial Indiana<br>d/b/a Beneficial Mortgage<br>636 Grand Regency Blvd<br>Brandon, FL 33510 | 21 | Disallow |
| Chase Bank USA, NA<br>PO Box 100018<br>Kennesaw, GA 30156-9104 | 8 | Disallow $827.21; Allow $1,694.38 as unsecured |
| Chase Home Finance, LLC<br>3415 Vision Drive<br>Columbus, OH 43219 | 26 | Disallow |
| eCast Settlement Corporation<br>Bass & Associates, PC<br>3936 E. Ft. Lowell Road # 200<br>Tuscon, AZ 85712 | 34 | Disallow $1,182.99, $429.99 as unsecured |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 30 | Disallow |
| Seals Ambulance Service<br>PO Box 175<br>Fortville, IN 46040 | 35 | Disallow |
| Toyota Motor Credit Corp.<br>5005 N. River Road NE<br>Cedar Rapids, IA 52411-6634 | 15<br>19 | Disallow |
|  |  |  |

---

[1] Claimants should be listed alphabetically. The Clerk's system alphabetizes individuals by first name, and that is the preferred method.