**SO ORDERED: August 5, 2013.**

**Frank J. Otte**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| VanCLEVE, ROBERT EUGENE,<br>VanCLEVE, KATHLEEN MARY, | ) | CASE NO. 08-07764-FJO-7 |
| | ) | |
| Debtor(s). | ) | |

**AMENDED ORDER ON TRUSTEE'S FIRST OMNIBUS OBJECTION TO CLAIMS**

The Trustee's First Omnibus Objection to Claims comes before the Court after notice. As to the claims on the list attached to Trustee's Objection, either no response to the objection was filed or any response has been resolved informally or the claim to which the Trustee objected has been withdrawn. Accordingly, the Court now ORDERS that the claims to which the Trustee objected shall be treated as described in the list attached hereto.

###

| Claimant[1] | Claim # | Grounds for Objection[2] | Proposed Treatment |
|---|---|---|---|
| Bradburn Law Office<br>819 E. 64th Street, # 101<br>Indianapolis, IN 46220 | 32 | Paid $900 in Chapter 13 Plan | Disallow $900 as paid in prior Ch 13 Plan; Allow $900 balance as priority |
| Beneficial Indiana<br>d/b/a Beneficial Mortgage<br>636 Grand Regency Blvd<br>Brandon, FL 33510 | 21 | Secured | Disallow as pursuant to FRBP 3007(d)(5) |
| Chase Bank USA, NA<br>PO Box 100018<br>Kennesaw, GA 30156-9104 | 8 | Partially Secured | Disallow $827.21 as pursuant to FRBP 3007(d)(5); allow $1,694.38 as unsecured |
| Chase Home Finance, LLC<br>3415 Vision Drive<br>Columbus, OH 43219 | 26 | Secured | Disallow as pursuant to FRBP 3007(d)(5) |
| eCast Settlement Corporation<br>Bass & Associates, PC<br>3936 E. Ft. Lowell Road # 200<br>Tuscon, AZ 85712 | 34 | Partially Secured | Disallow $1,182.99 as pursuant to FRBP 3007(d)(5); allow $424.99 as unsecured |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 30 | Duplicate Claim (#5) | Disallow as pursuant to FRBP 3007(d)(3) |
| Seals Ambulance Service<br>PO Box 175<br>Fortville, IN 46040 | 35 | Duplicate Claim (#3) | Disallow as pursuant to FRBP 3007(d)(3) |
| Toyota Motor Credit Corp.<br>5005 N. River Road NE<br>Cedar Rapids, IA 52411-6634 | 15<br>19 | Secured<br>Secured | Disallow as pursuant to FRBP 3007(d)(5) |
| | | | |

[1] Claimants should be listed alphabetically. **The Clerk's system alphabetizes individuals by first name, and that is the preferred method.**

[2] It is permissible to use a coding system as to the grounds for objection and the proposed treatment. However, that system should be clearly explained in this document.